|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

BRANDON MOORE, ZHICHENG ZHEN, and JONATHAN SMITH, individually and on behalf of aothers similarly situated,

Plaintiff(s),

v.

DRAFTKINGS, INC., AND DOES 1-20,

Defendant(s).

Case No. 3:25-CV-04618

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, **Christopher Nienhaus**, an active member in good standing of the bar of **Illinois**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Brandon Moore, Zhicheng Zhen, and Jonathan Smith** in the above-entitled action. My local co-counsel in this case is **Wesley M. Griffith**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **286390**.

| 849 W. Webster Ave. Chicago, IL 60614 | 3550 Watt Ave Ste. 140 Sacramento, CA 95821 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 708-529-5418 | 530-490-3178 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Chris@almeidalawgroup.com | Wes@almeidalawgroup.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **6327376**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **0** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/11/2025

/s/ Christopher Nienhaus
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 13, 2025

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
6/10/2025

Re: Christopher Michael Nienhaus
    Attorney No. 6327376

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Christopher Michael Nienhaus was admitted to practice law in Illinois on 4/25/2018; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar