UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'SEAN HEAD,<br><br>    Plaintiff,<br><br>v.<br><br>UNDERDOG SPORTS, LLC,<br><br>    Defendant. | Case No. 25-cv-05542-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Charles R. Breyer for consideration of whether the case is related to *Moore v. DraftKings, Inc.*, 25-cv-04618-CRB.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
JON S. TIGAR
United States District Judge