UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUSTIN FRANKS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SIDEPRIZE LLC,<br><br>        Defendant. | Case No. 25-cv-04916-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court respectfully requests that the Honorable Charles R. Breyer determine whether this case is related to *Moore v. DraftKings, Inc.*, No. 25-cv-04618. *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: July 16, 2025

JAMES DONATO  
United States District Judge