# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHEN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DRAFTKINGS, INC. et al.,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-4618-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:　Charles R. Breyer<br><br>Complaint Filed: June 1, 2025<br>Trial Date: Not set |

The Court having considered the administrative motion to consider whether to relate cases (ECF No. __), and good cause appearing therefore, it is hereby ORDERED that *Criswell v. FanDuel Inc., et al.*, Case No. 3:25-cv-10473-SK (N.D. Cal.), is hereby related to the earlier-filed cases of *Zhen v. DraftKings, Inc.*, No. 25-cv-4618-CRB (N.D. Cal.), *Head v. Underdog Sports, LLC*, NO. 25-cv-5542-CRB (N.D. Cal.), *Franks v. PrizePicks*, No. 25-cv-4916-CRB (N.D. Cal.), and *Lee v. SidePrize LLC d/b/a PrizePicks*, Case No. 3:25-cv-8532-CRB (N.D. Cal.).

**IT IS SO ORDERED**.

DATED: December 19, 2025

　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　United States District Judge