1  RICHARD R. PATCH (State Bar No. 88049)
   CLIFFORD E. YIN (State Bar No. 173159)
2  CHRISTOPHER J. WIENER (State Bar No. 280476)
   LAURA R. SEEGAL (State Bar No. 307344)
3  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
4  San Francisco, California 94104-5500
   Telephone: 415.391.4800
5  Facsimile: 415.989.1663
   Email:    ef-rrp@cpdb.com
6            ef-cey@cpdb.com
             ef-cjw@cpdb.com
7            ef-lrs@cpdb.com

8  Attorneys for Defendant
   DRAFTKINGS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHICHENG ZHEN and JONATHAN SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS INC., AND DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-04618-CRB<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT DRAFTKINGS' MOTION TO DISMISS AMENDED COMPLAINT**<br>ORDER |

Pursuant to Civil Local Rule 7-12, Plaintiffs Zhicheng Zhen and Jonathan Smith, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant DraftKings Inc. ("DraftKings"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed this action in the Northern District of California on June 1, 2025;

**WHEREAS**, DraftKings moved to dismiss Plaintiffs' Complaint, and the Court heard oral argument on the parties' initial briefing on December 19, 2025;

**WHEREAS**, by order following the December 19, 2025 hearing, the Court dismissed Plaintiffs' Complaint with leave to amend by January 19, 2026[1];

**WHEREAS**, pursuant to the Court's direction, the parties met and conferred regarding a briefing schedule for DraftKings' anticipated motion to dismiss the amended complaint;

**WHEREAS**, this stipulation is submitted in good faith and not for purposes of delay, and the requested schedule will not impact any other existing case deadlines;

**WHEREAS**, the parties have agreed that DraftKings may file its motion to dismiss the amended complaint on or before February 19, 2026;

**WHEREAS**, the parties have agreed that Plaintiffs may file their opposition on or before March 19, 2026;

**WHEREAS**, the parties have agreed that DraftKings may file its reply on or before April 6, 2026; and

**WHEREAS**, the parties have agreed, subject to the Court's availability and approval, that the hearing on DraftKings' motion to dismiss the amended complaint may be set for May 1, 2026, at 10:00 a.m.

**NOW THEREFORE**, the parties stipulate and agree, subject to Court approval, that the briefing schedule for DraftKings' motion to dismiss the amended complaint shall be as follows:

---

[1] January 19, 2026 is a federal and Court holiday in observance of Martin Luther King Jr. Day. Pursuant to Federal Rule of Civil Procedure 6(a), the parties agreed that the deadline for Plaintiffs to file the amended complaint is Tuesday, January 20, 2026.

1. DraftKings' deadline to file its motion to dismiss the amended complaint shall be **February 19, 2026.**

2. Plaintiffs' opposition shall be due **March 19, 2026**.

3. DraftKings' reply to Plaintiffs' opposition shall be due **April 6, 2026**.

4. The hearing on DraftKings' motion to dismiss the amended complaint shall be set for **May 1, 2026, at 10:00 a.m.**

**IT IS SO STIPULATED.**

DATED: January 9, 2026                COBLENTZ PATCH DUFFY & BASS LLP

By: /s/Clifford E. Yin
    Clifford E. Yin
    Attorneys for Defendant DraftKings Inc.

DATED: January 9, 2026                ALMEIDA LAW GROUP LLC

By: /s/Wesley M. Griffith
    Wesley M. Griffith
    Attorneys for Plaintiffs Zhicheng Zhen and Jonathan Smith

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I hereby attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

DATED: January 9, 2026                COBLENTZ PATCH DUFFY & BASS LLP

By: /s/Clifford E. Yin
    Clifford E. Yin
    Attorneys for Defendant DraftKings Inc.

Date: January 13, 2026

IT IS SO ORDERED
Judge Charles R. Breyer