RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
CHRISTOPHER J. WIENER (State Bar No. 280476)
LAURA R. SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-rrp@cpdb.com
            ef-cey@cpdb.com
            ef-cjw@cpdb.com
            ef-lrs@cpdb.com

Attorneys for Defendant
DRAFTKINGS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHEN and JONATHAN SMITH, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DRAFTKINGS INC., AND DOES 1-20,<br><br>　　　　　Defendants. | Case No. 3:25-cv-04618-CRB<br><br>**AMENDED JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT DRAFTKINGS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** : ORDER |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Zhicheng Zhen and Jonathan Smith, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant DraftKings Inc. ("DraftKings"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed this action in the Northern District of California on June 1, 2025;

**WHEREAS**, DraftKings moved to dismiss Plaintiffs' Complaint, and the Court heard oral argument on the parties' initial briefing on December 19, 2025;

**WHEREAS**, by order following the December 19, 2025 hearing, the Court dismissed Plaintiffs' Complaint with leave to amend;

**WHEREAS**, the parties previously submitted a joint stipulation regarding the briefing schedule for DraftKings' anticipated motion to dismiss the First Amended Complaint, which was filed on January 9, 2026 (ECF No. 65) and approved by the Court on January 13, 2026 (ECF No. 67);

**WHEREAS**, Plaintiffs filed the First Amended Complaint (ECF No. 69) on January 20, 2026, adding four new defendants and seven new causes of action, five of which are asserted against DraftKings, including civil RICO, gambling-loss recovery, Penal Code § 496, and declaratory relief claims;

**WHEREAS**, the parties met and conferred after the filing of the First Amended Complaint and agreed to revise the previously stipulated briefing schedule in light of its addition of new defendants;

**WHEREAS**, on January 30, 2026, the four newly added defendants—Crown Gaming, Inc., Jason Robins, Matthew Kalish, and Paul Liberman (the "New Defendants")—waived service of summons, and under Federal Rule of Civil Procedure 4(d)(3), the New Defendants' deadline to respond to the First Amended Complaint is March 30, 2026;

**WHEREAS**, because Plaintiffs have asserted certain claims against both DraftKings and the New Defendants in the First Amended Complaint, the parties have agreed that it is efficient and appropriate for briefing on the anticipated motions to dismiss to proceed on a coordinated and

simultaneous schedule, with DraftKings anticipating at this time that it will file its own motion to dismiss and the New Defendants anticipating at this time that they will file a single, combined motion to dismiss;

**WHEREAS**, in the event that DraftKings and the New Defendants instead file five separate motions to dismiss rather than the anticipated two motions, the parties will meet and confer at that time regarding an alternative schedule;

**WHEREAS**, this stipulation is submitted in good faith and not for purposes of delay, and the requested schedule will not impact any other existing case deadlines;

**WHEREAS**, by entering into this stipulation and agreeing to the foregoing briefing schedule, the New Defendants do not waive, and expressly preserve, any and all defenses, objections, or arguments, including but not limited to defenses based on lack of personal jurisdiction or improper venue, and Plaintiffs do not waive, and expressly preserve, any and all claims, objections, or arguments, including but not limited to personal jurisdiction and venue.

**WHEREAS**, the parties have agreed that DraftKings may file its motion to dismiss the First Amended Complaint on or before March 30, 2026 (the same deadline for the New Defendants to file their motions to dismiss);

**WHEREAS**, the parties have agreed that Plaintiffs may file their oppositions to any motions to dismiss filed by DraftKings and the New Defendants on or before May 8, 2026;

**WHEREAS**, the parties have agreed that DraftKings and the New Defendants may file their replies on or before June 8, 2026; and

**WHEREAS**, the parties have agreed, subject to the Court's availability and approval, that the hearing on the motions to dismiss the First Amended Complaint may be set for June 26, 2026, at 10:00 a.m.

**NOW THEREFORE**, the parties stipulate and agree, subject to Court approval, that the briefing schedule for the motions to dismiss the First Amended Complaint shall be as follows:

1. DraftKings' deadline to file its motion to dismiss the First Amended Complaint shall be **March 30, 2026** (the same deadline for the New Defendants to file their motion to dismiss)**.**

2. Plaintiffs' oppositions shall be due **May 8, 2026**.

3. DraftKings' and the New Defendants' replies to Plaintiffs' oppositions shall be due **June 8, 2026**.

4. The hearing on the motions to dismiss the First Amended Complaint shall be set for **June 26, 2026, at 10:00 a.m.**, subject to the Court's availability.

**IT IS SO STIPULATED.**

DATED:  February 11, 2026          COBLENTZ PATCH DUFFY & BASS LLP

                                   By:  /s/Clifford E. Yin
                                        Clifford E. Yin
                                        Attorneys for Defendants DraftKings Inc., Crown Gaming, Inc., Jason Robins, Matthew Kalish, and Paul Liberman

DATED:  February 11, 2026          ALMEIDA LAW GROUP LLC

                                   By:  /s/Wesley M. Griffith
                                        Wesley M. Griffith
                                        Attorneys for Plaintiffs Zhicheng Zhen and Jonathan Smith

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I hereby attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

DATED:  February 11, 2026          COBLENTZ PATCH DUFFY & BASS LLP

                                   By:  /s/ Clifford E. Yin
                                        Clifford E. Yin
                                        Attorneys for Defendant DraftKings Inc.

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
CHRISTOPHER J. WIENER (State Bar No. 280476)
LAURA R. SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rrp@cpdb.com
         ef-cey@cpdb.com
         ef-cjw@cpdb.com
         ef-lrs@cpdb.com

Attorneys for Defendant
DRAFTKINGS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHICHENG ZHEN and JONATHAN SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS INC., AND DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-04618-CRB<br><br>**DECLARATION OF CLIFFORD E. YIN IN SUPPORT OF AMENDED JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT DRAFTKINGS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

017373.0049 4910-0478-4525.4                                                                  Case No. 3:25-cv-04618-CRB

**DECLARATION OF CLIFFORD E. YIN IN SUPPORT OF AMENDED JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT DRAFTKINGS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

## DECLARATION OF CLIFFORD E. YIN

I, Clifford E. Yin, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Coblentz Patch Duffy & Bass LLP, attorneys of record for Defendant DraftKings Inc. ("DraftKings") in this action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Pursuant to Civil Local Rules 6-1 and 6-2, I submit this declaration in support of the parties' Amended Joint Stipulation Regarding Briefing Schedule for Defendant DraftKings' Motion to Dismiss First Amended Complaint.

3. Plaintiffs filed this action in the Northern District of California on June 1, 2025.

4. DraftKings moved to dismiss Plaintiffs' Complaint, and the Court heard oral argument on the parties' initial briefing on December 19, 2025.

5. Following the December 19, 2025 hearing, the Court dismissed Plaintiffs' Complaint with leave to amend.

6. Pursuant to the Court's direction, the parties met and conferred and previously submitted a joint stipulation regarding the briefing schedule for DraftKings' anticipated motion to dismiss the First Amended Complaint, which was filed on January 9, 2026 (ECF No. 65) and approved by the Court on January 13, 2026 (ECF No. 67).

7. Plaintiffs filed the First Amended Complaint (ECF No. 69) on January 20, 2026, adding four new defendants and seven new causes of action, five of which are asserted against DraftKings, including civil RICO, gambling-loss recovery, Penal Code § 496, and declaratory relief claims.

8. The parties met and conferred after the filing of the First Amended Complaint and agreed to revise the previously stipulated briefing schedule in light of its addition of new defendants.

9. On January 30, 2026, the four newly added defendants—Crown Gaming, Inc., Jason Robins, Matthew Kalish, and Paul Liberman (the "New Defendants")—waived service of summons, and under Federal Rule of Civil Procedure 4(d)(3), the New Defendants' deadline to respond to the

First Amended Complaint is March 30, 2026.

10. The parties have agreed that it is efficient and appropriate for briefing on the anticipated motions to dismiss to proceed on a coordinated and simultaneous schedule, with DraftKings anticipating at this time that it will file its own motion to dismiss and the New Defendants anticipating at this time that they will file a single, combined motion to dismiss. The updated agreed-upon briefing schedule is as follows:

   a. **March 30, 2026** – DraftKings' deadline to file a motion to dismiss the First Amended Complaint (the same deadline for the New Defendants to file their motion to dismiss);

   b. **May 8, 2026** – Plaintiffs' deadline to file their oppositions to any motions to dismiss filed by DraftKings and the New Defendants;

   c. **June 8, 2026** – DraftKings' and the New Defendants' deadline to file replies; and

   d. **June 26, 2026, at 10:00 a.m.** (subject to the Court's availability) – hearing on DraftKings' and the New Defendants' motions to dismiss the First Amended Complaint.

11. This case is still in its initial stages, and the briefing dates stipulated to by the parties will not have an impact on the overall schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 11, 2026, at San Francisco, California.

_____
Clifford E. Yin

1  RICHARD R. PATCH (State Bar No. 88049)
   CLIFFORD E. YIN (State Bar No. 173159)
2  CHRISTOPHER J. WIENER (State Bar No. 280476)
   LAURA R. SEEGAL (State Bar No. 307344)
3  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
4  San Francisco, California 94104-5500
   Telephone: 415.391.4800
5  Facsimile: 415.989.1663
   Email:    ef-rrp@cpdb.com
6            ef-cey@cpdb.com
             ef-cjw@cpdb.com
7            ef-lrs@cpdb.com

8  Attorneys for Defendant
   DRAFTKINGS INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  ZHICHENG ZHEN and JONATHAN        Case No. 3:25-cv-04618-CRB
    SMITH, individually and on behalf of others
14  similarly situated,

15         Plaintiffs,                **[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT DRAFTKINGS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

16         v.

17  DRAFTKINGS INC., AND DOES 1-20,

18         Defendants.

---

017373.0049 4907-3890-4717.3                     1                     Case No. 3:25-cv-04618-CRB
**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT DRAFTKINGS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

1  The Court has considered the amended joint stipulation ("Stipulation") of Plaintiffs Zhicheng Zhen and Jonathan Smith and Defendant DraftKings Inc. ("DraftKings") and Crown Gaming, Inc., Jason Robins, Matthew Kalish, and Paul Liberman (collectively, the "New Defendants"), and the Declaration of Clifford E. Yin, submitted pursuant to Civil Local Rules 6-1, 6-2, and 7-12.

The Court, having considered the Stipulation and finding good cause therefor, hereby ORDERS that:

(1) DraftKings' deadline to file its motion to dismiss the First Amended Complaint shall be **March 30, 2026** (the same deadline for the New Defendants to respond to the First Amended Complaint).

(2) Plaintiffs' oppositions to the motions to dismiss shall be due **May 8, 2026.**

(3) DraftKings' and the New Defendants' replies to Plaintiffs' opposition shall be due **June 8, 2026.**

(4) The hearing on the motions to dismiss the First Amended Complaint shall be set for **June 26, 2026, at 10:00 a.m.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 12, 2026

_____
Hon. Charles R. Breyer
Judge, United States District Court