RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
CHRISTOPHER J. WIENER (State Bar No. 280476)
LAURA R. SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-cey@cpdb.com
ef-cjw@cpdb.com
ef-lrs@cpdb.com

Attorneys for Defendant
DRAFTKINGS INC.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHICHENG ZHEN and JONATHAN SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, MATTHEW KALISH, PAUL LIBERMAN, CROWN GAMING, INC., AND DOES 1-20<br><br>Defendants. | Case No. 3:25-cv-04618-CRB<br><br>Related Cases: 3:25-cv-05542-CRB; 3:25-cv-10473-CRB<br><br>**STIPULATION TO EXTEND TIME FOR DRAFTKINGS INC. TO ANSWER THE FIRST AMENDED COMPLAINT** : ORDER |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiffs Zhicheng Zhen and Jonathan Smith, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant DraftKings Inc. ("DraftKings"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs filed the First Amended Complaint on January 23, 2026;

**WHEREAS**, DraftKings moved to dismiss the First Amended Complaint, and the Court heard the motion on July 23, 2026;

**WHEREAS**, following the Court's July 29, 2026 Order on Motions to Dismiss (ECF No. 91), which granted DraftKings' motion in part and granted the remaining defendants' motion in full, the parties have conferred regarding the remaining claims and the schedule for DraftKings' answer to the First Amended Complaint;

**WHEREAS**, DraftKings' current deadline to answer the First Amended Complaint is August 12, 2026;

**WHEREAS**, DraftKings has requested an extension of time to answer the First Amended Complaint until September 4, 2026 because, among other things, it will take time to respond to many of the detailed factual allegations contained in the First Amended Complaint and because members of Defendant's outside counsel team will be out of the office for various periods in August 2026. DraftKings has met and conferred with Plaintiffs' counsel, who have agreed to such an extension;

**WHEREAS**, this stipulation is submitted in good faith and not for purposes of delay;

**NOW THEREFORE**, the parties accordingly agree, subject to the Court's approval, to extend the deadline for DraftKings to answer the First Amended Complaint to September 4, 2026.

//

//

//

//

//

//

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**IT IS SO STIPULATED.**

DATED: August 6, 2026 COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Richard R. Patch*
RICHARD R. PATCH
Attorneys for Defendant
DRAFTKINGS INC.

DATED: August 6, 2026 ALMEIDA LAW GROUP LLC

By: */s/ Wesley M. Griffith*
WESLEY M. GRIFFITH
Attorneys for Plaintiffs
ZHICHENG ZHEN and JONATHAN SMITH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I hereby attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

DATED: August 6, 2026 COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Richard R. Patch*
RICHARD R. PATCH
Attorneys for Defendant
DRAFTKINGS INC.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
CHRISTOPHER J. WIENER (State Bar No. 280476)
LAURA R. SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-cey@cpdb.com
ef-cjw@cpdb.com
ef-lrs@cpdb.com

Attorneys for Defendant
DRAFTKINGS INC.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ZHICHENG ZHEN and JONATHAN SMITH, individually and on behalf of others similarly situated,

Plaintiffs,

v.

DRAFTKINGS INC., JASON D. ROBINS, MATTHEW KALISH, PAUL LIBERMAN, CROWN GAMING, INC., AND DOES 1-20

Defendants.

Case No. 3:25-cv-04618-CRB

Related Cases: 3:25-cv-05542-CRB; 3:25-cv-10473-CRB

**DECLARATION OF RICHARD R. PATCH IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DRAFTKINGS INC. TO ANSWER THE FIRST AMENDED COMPLAINT**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

## DECLARATION OF RICHARD R. PATCH

I, Richard R. Patch, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Coblentz Patch Duffy & Bass LLP, attorneys of record for Defendant DraftKings Inc. ("DraftKings") in this action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties' Stipulation to Extend Time for DraftKings to Answer the First Amended Complaint.

3. Plaintiffs filed the First Amended Complaint on January 23, 2026.

4. DraftKings' current deadline to answer the First Amended Complaint is August 12, 2026.

5. DraftKings has requested an extension of time to answer the First Amended Complaint until September 4, 2026 because, among other things, it will take time to respond to many of the detailed factual allegations contained in the First Amended Complaint and because members of Defendant's outside counsel team will be out of the office for various periods in August 2026. DraftKings has met and conferred with Plaintiffs' counsel, who have agreed to such an extension.

6. The requested extension will not affect any other deadlines currently set by the Court, including the deadline to file the Joint Status Report on August 10, 2026, or the Status Conference scheduled for August 14, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of August, 2026, at San Francisco, California.



RICHARD R. PATCH

RICHARD R. PATCH (State Bar No. 88049)
CLIFFORD E. YIN (State Bar No. 173159)
CHRISTOPHER J. WIENER (State Bar No. 280476)
LAURA R. SEEGAL (State Bar No. 307344)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-cey@cpdb.com
ef-cjw@cpdb.com
ef-lrs@cpdb.com

Attorneys for Defendant
DRAFTKINGS INC.

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHICHENG ZHEN and JONATHAN SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS INC., JASON D. ROBINS, MATTHEW KALISH, PAUL LIBERMAN, CROWN GAMING, INC., AND DOES 1-20<br><br>Defendants. | Case No. 3:25-cv-04618-CRB<br><br>Related Cases: 3:25-cv-05542-CRB; 3:25-cv-10473-CRB<br><br>**~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DRAFTKINGS INC. TO ANSWER THE FIRST AMENDED COMPLAINT** |

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**~~[PROPOSED]~~ ORDER**

The Court has considered the Stipulation of Plaintiffs Zhicheng Zhen and Jonathan Smith, and Defendant DraftKings Inc., and the Declaration of Richard R. Patch, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

The Court, having considered the Stipulation, and good cause appearing therefore, it is hereby ORDERED that Defendant's deadline to answer the First Amended Complaint shall be **September 4, 2026**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 6, 2026

THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE