United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHICHENG ZHEN, et al.,
Plaintiffs,

v.

DRAFTKINGS, INC., et al.,
Defendants.

Case No. 25-cv-04618-CRB

**ORDER SCHEDULING SUMMARY JUDGMENT BRIEFING**

Upon further review of the issues, and with scheduling constraints alleviated by the new trial date, this Court has determined that summary judgment briefing on certain issues may expedite resolution of the claims. The Court therefore requests summary judgment briefing addressing the following issues:

- Whether, as a matter of law, the challenged contests DraftKings offers in California violate California Penal Code § 337a;
- Whether, as a matter of law, the challenged contests DraftKings offers in California violate California Penal Code § 330.

The Court sets the following schedule for briefing these questions:

- 3pm on November 25, 2026: Plaintiffs submit summary judgment motion;
- December 8, 2026: Defendants submit response and any cross-motions;
- December 15, 2026: Plaintiffs submit reply and responses to any cross-motions;
- December 22, 2026: Defendants submit reply for cross-motions if necessary.

**IT IS SO ORDERED.**

Dated: October 9, 2026

CHARLES R. BREYER
United States District Judge